IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation, | ) ) ) ) |
| Plaintiff, | ) C.A. No. 25-442-CFC ) |
| v. | ) ) |
| KKR & CO. INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

At Wilmington this 30th day of April in 2025, the above-captioned case having been transferred to this court from the Eastern District of Pennsylvania for referral to the United State Bankruptcy Court for the District of Delaware;

It is HEREBY ORDERED that the above-captioned case is referred to the United States Bankruptcy Court for the District of Delaware.

_____
Chief Judge