# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:25−cv−00442−CFC

Miller, Chapter 7 Trustee for Education Management Corporation v. KKR & Co. Inc. et al
Assigned to: Judge Colm F. Connolly
Case in other court: Court of Common Pleas of Philadelphia County, 2411
Pennsylvania Eastern, 2:25−cv−00311
Cause: 28:1446 Notice of Removal

Date Filed: 04/09/2025
Jury Demand: None
Nature of Suit: 160 Stockholders Suits
Jurisdiction: Federal Question

**Plaintiff**

**George L. Miller, Chapter 7 Trustee for Education Management Corporation**

V.

**Defendant**

**KKR & Co. Inc.**

represented by **Daniel Alan Mason**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1313 North Market Street
Post Office Box 32
Suite 806
Wilmington, DE 19899−0032
302−655−4410
Email: dmason@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KKR & Co. LP**

**Defendant**

**KKR Credit Advisors (US) LLC**

represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kermit Cook**

represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc.**

represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**8 Capital Partners L.P.**

represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BCBSM, Inc.** represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KKR−PBPR Capital Partners L.P.** represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KKR Corporate Credit Partners L.P.**

**Defendant**

**KKR Credit Relative Value Master Fund L.P.**

**Defendant**

**KKR Debt Investors II (2006) (Ireland) L.P.** represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KR Financial CLO 2005−1, Ltd.**

**Defendant**

**KKR Financial CLO 2005−2, Ltd.**

**Defendant**

**KKR Financial CLO 2006−1, Ltd.**

**Defendant**

**KKR Financial CLO 2007−1, Ltd.**

**Defendant**

**KKR Financial CLO 2011−1, Ltd.**

**Defendant**

**KKR Financial Holdings III, LLC** represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KKR Floating Rate Fund L.P.**

**Defendant**

**KKR Lending Partners L.P.** represented by **Daniel Alan Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **KKR−Milton Capital Partners L.P.** | represented by | **Daniel Alan Mason**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **KKR Strategic Capital Institutional Fund, Ltd.** | represented by | **Daniel Alan Mason**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Maryland State Retirement and Pension System**

**Defendant**

| | | |
|---|---|---|
| **Oregon Public Employees Retirement Fund** | represented by | **Jody Barillare**<br>Morgan Lewis & Bockius LLP<br>1201 N. Market Street<br>Ste 2201<br>Wilmington, DE 19801<br>302−574−7294<br>Email: jody.barillare@morganlewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Spruce Investors Limited**

**Defendant**

**US Income Strategy Fund**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2025 | 1 | NOTICE OF REMOVAL by KKR−Milton Capital Partners L.P., 8 Capital Partners L.P., KKR & Co. Inc., KKR Strategic Capital Institutional Fund, Ltd., KKR Financial Holdings III, LLC, Spruce Investors Limited, FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc., KKR−PBPR Capital Partners L.P., KKR Debt Investors II (2006) (Ireland) L.P., KKR Lending Partners L.P., BCBSM, Inc., KKR Credit Advisors (US) LLC, Kermit Cook (Filing fee $ 405 receipt number APAEDC−18011982), filed by KKR−Milton Capital Partners L.P., 8 Capital Partners L.P., KKR & Co. Inc., KKR Strategic Capital Institutional Fund, Ltd., KKR Financial Holdings III, LLC, Spruce Investors Limited, FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc., KKR−PBPR Capital Partners L.P., KKR Debt Investors II (2006) (Ireland) L.P., KKR Lending Partners L.P., BCBSM, Inc., KKR Credit Advisors (US) LLC, Kermit Cook. (Attachments: # 1 Complaint, # 2 Civil Cover Sheet, # 3 Designation Form)(DOLUISIO, MICHAEL) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/17/2025) |
| 01/21/2025 | 2 | NOTICE of Appearance by Christopher J. Merken on behalf of KKR Debt Investors II (2006) (Ireland) L.P., KKR Financial Holdings III, LLC, KKR Lending Partners L.P., KKR−Milton Capital Partners L.P., KKR Strategic Capital Institutional Fund, Ltd., Spruce Investors Limited, KKR & Co. Inc., KKR Credit Advisors (US) LLC, Kermit Cook, FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc., 8 Capital Partners L.P., BCBSM, Inc., KKR−PBPR Capital Partners L.P. (Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/21/2025) |
| 01/22/2025 | 3 | State Court record received from Court of Common Pleas of Philadelphia County. (CCP − Philadelphia County cv, ) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/22/2025) |

| | | |
|---|---|---|
| 01/23/2025 | 4 | STIPULATION *and [Proposed] Order Extending Defendants' Deadline to Respond to Plaintiff's Complaint* by KKR Debt Investors II (2006) (Ireland) L.P., KKR Financial Holdings III, LLC, KKR Lending Partners L.P., KKR−Milton Capital Partners L.P., KKR Strategic Capital Institutional Fund, Ltd., Spruce Investors Limited, KKR & Co. Inc., KKR Credit Advisors (US) LLC, Kermit Cook, FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc., 8 Capital Partners L.P., BCBSM, Inc., KKR−PBPR Capital Partners L.P.. (DOLUISIO, MICHAEL) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/23/2025) |
| 01/23/2025 | 5 | NOTICE of Appearance by STEVEN M. COREN on behalf of George L. Miller, Chapter 7 Trustee for Education Management Corporation with Certificate of Service (Attachments: # 1 Certificate of Service Certificate of Service − Steven Coren Entry of Appearance)(COREN, STEVEN) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/23/2025) |
| 01/23/2025 | 6 | ORDER THAT PLAINTIFFS COMPLAINT IS ABEYED UNTIL THE COURT MAKES A FINAL DETERMINATION ON THE PROPER VENUE FOR THIS CASE. DEFENDANT SHALL HAVE 30 DAYS AFTER THE VENUE DETERMINATION TO RESPOND TO PLAINTIFFS COMPLAINT. SIGNED BY DISTRICT JUDGE JUAN R. SANCHEZ ON 1/23/25. 1/24/25 ENTERED AND COPIES E−MAILED.(rf, ) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 7 | NOTICE of Appearance by JOHN W. MORRIS on behalf of George L. Miller, Chapter 7 Trustee for Education Management Corporation with Certificate of Service(MORRIS, JOHN) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 8 | Disclosure Statement Form pursuant to FRCP 7.1 by 8 Capital Partners L.P..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 9 | Disclosure Statement Form pursuant to FRCP 7.1 by FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 10 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR & Co. Inc..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 11 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR Credit Advisors (US) LLC.(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 12 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR Debt Investors II (2006) (Ireland) L.P..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 13 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR Financial Holdings III, LLC.(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 14 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR Lending Partners L.P..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 15 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR Strategic Capital Institutional Fund, Ltd..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 16 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR−Milton Capital Partners L.P..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/24/2025 | 17 | Disclosure Statement Form pursuant to FRCP 7.1 by KKR−PBPR Capital Partners L.P..(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |

| | | |
|---|---|---|
| 01/24/2025 | 18 | Disclosure Statement Form pursuant to FRCP 7.1 by Spruce Investors Limited.(Merken, Christopher) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/24/2025) |
| 01/28/2025 | 19 | MOTION to Remand filed by George L. Miller, Chapter 7 Trustee for Education Management Corporation.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(COREN, STEVEN) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/28/2025) |
| 01/29/2025 | 20 | NOTICE of Appearance by STANLEY B. EDELSTEIN on behalf of Maryland State Retirement and Pension System (EDELSTEIN, STANLEY) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 01/29/2025) |
| 02/11/2025 | 21 | RESPONSE in Opposition re 19 MOTION to Remand filed by 8 Capital Partners L.P., BCBSM, Inc., Kermit Cook, FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc., KKR & Co. Inc., KKR Debt Investors II (2006) (Ireland) L.P., KKR Financial Holdings III, LLC, KKR Lending Partners L.P., KKR Strategic Capital Institutional Fund, Ltd., KKR−Milton Capital Partners L.P., KKR−PBPR Capital Partners L.P., Spruce Investors Limited. (Attachments: # 1 Exhibit A., # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order Denying Motion to Remand)(DOLUISIO, MICHAEL) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 02/11/2025) |
| 02/11/2025 | 22 | MOTION to Transfer *Venue* filed by 8 Capital Partners L.P., BCBSM, Inc., Kermit Cook, FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc., KKR & Co. Inc., KKR Debt Investors II (2006) (Ireland) L.P., KKR Financial Holdings III, LLC, KKR Lending Partners L.P., KKR Strategic Capital Institutional Fund, Ltd., KKR−Milton Capital Partners L.P., KKR−PBPR Capital Partners L.P., Spruce Investors Limited.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Text of Proposed Order Granting Motion to Transfer Venue)(DOLUISIO, MICHAEL) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 02/11/2025) |
| 02/18/2025 | 23 | Memorandum OF LAW IN SUPPORT OF P MOTION TO ABSTAIN AND REMAND re 19 MOTION to Remand filed by George L. Miller, Chapter 7 Trustee for Education Management Corporation. (Attachments: # 1 Certificate of Service)(COREN, STEVEN) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 02/18/2025) |
| 02/25/2025 | 24 | RESPONSE in Opposition re 22 MOTION to Transfer *Venue* filed by George L. Miller, Chapter 7 Trustee for Education Management Corporation. (Attachments: # 1 Certificate of Service Certificate of Service)(COREN, STEVEN) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 02/25/2025) |
| 04/09/2025 | 25 | ORDER THAT DEFENDANTS MOTION TO TRANSFER (DOC. 22) IS GRANTED. THE CASE WILL BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE AS OUTLINED HEREIN. SIGNED BY DISTRICT JUDGE JUAN R. SANCHEZ ON 4/9/25.4/9/25 ENTERED AND COPIES E−MAILED.(rf, ) [Transferred from Pennsylvania Eastern on 4/9/2025.] (Entered: 04/09/2025) |
| 04/09/2025 | 26 | Record of case transferred in from District of Pennsylvania Eastern; Case Number in Other District: 2:25−cv−00311. Copy of Docket Sheet and original file (Entered: 04/09/2025) |
| 04/09/2025 | 27 | Local Counsel Letter sent Steven M. Coren, John W. Morris, Christopher J. Merken, Michael S. Dolusiio, and Stanley B. Edelstein. Notice of Compliance deadline set for 5/9/2025. (mpb) (Entered: 04/09/2025) |
| 04/16/2025 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (alb) (Entered: 04/16/2025) |
| 04/16/2025 | 28 | STANDING ORDER REGARDING BRIEFING IN ALL CASES (mws) (Entered: 04/16/2025) |
| 04/22/2025 | 29 | NOTICE of Appearance by Daniel Alan Mason on behalf of 8 Capital Partners L.P., BCBSM, Inc., Kermit Cook, FS KKR Capital Corp. f/k/a Corporate Capital Trust Inc., KKR & Co. Inc., KKR Credit Advisors (US) LLC, KKR Debt Investors II (2006) |

| | | |
|---|---|---|
| | | (Ireland) L.P., KKR Financial Holdings III, LLC, KKR Lending Partners L.P., KKR Strategic Capital Institutional Fund, Ltd., KKR−Milton Capital Partners L.P., KKR−PBPR Capital Partners L.P. (Mason, Daniel) (Entered: 04/22/2025) |
| 04/30/2025 | 30 | NOTICE of Appearance by Jody Barillare on behalf of Oregon Public Employees Retirement Fund (Barillare, Jody) (Entered: 04/30/2025) |
| 04/30/2025 | 31 | ORDER Transferring Case to the District of Delaware Bankruptcy Court. Signed by Judge Colm F. Connolly on 4/30/2025. (mws) (Entered: 04/30/2025) |