**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA LLC., *et al.*,[1]<br><br>            Debtors, | Chapter 7<br><br>Case No. 18-11535 (CTG)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation,<br><br>            Plaintiff,<br><br>    -against-<br><br>KKR & CO. INC., *et al.*,<br><br>            Defendants. | Adv. Pro. No. 25-50785 (CTG) |

[1] The last four digits of the Debtors' taxpayer identification numbers are as follows: American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Management LLC (6022); Miami International University of Art & Design, Inc. (1065); South Education-Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California – Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558); Western State University of Southern California (3875).

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby, by and through its undersigned attorneys, appears as counsel for Defendants KKR & Co. Inc., KKR Credit Advisors (US) LLC, KKR Financial Holdings III, LLC, KKR Strategic Capital Institutional Fund, Ltd., KKR-Milton Capital Partners L.P., KKR-PBPR Capital Partners L.P., KKR Debt Investors II (2006) (Ireland) L.P., KKR Lending Partners L.P., FS KKR Capital Corp., 8 Capital Partners L.P., BCBSM, Inc., Spruce Investors Limited, Kermit Cook (the "KKR Defendants") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of any and all notices, pleadings and other papers filed and entered in the above-captioned cases, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, be served upon the following:

|  | PAUL, WEISS, RIFKIND, |
|---|---|
|  | WHARTON & GARRISON LLP |
| OF COUNSEL: |  |
|  |  |
| Andrew G. Gordon *(pro hac forthcoming)* | Daniel A. Mason (#5206) |
| Brian S. Hermann *(pro hac forthcoming)* | 1313 North Market Street, Suite 806 |
| Jeffrey J. Recher *(pro hac forthcoming)* | Post Office Box 32 |
| PAUL, WEISS, RIFKIND, | Wilmington, Delaware  19801 |
| WHARTON & GARRISON LLP | Tel:    (302) 655-4410 |
| 1285 Avenue of the Americas | Fax:    (302) 655-4420 |
| New York, New York 10019-6064 | Email: dmason@paulweiss.com |
| Tel:    (212) 373-3000 |  |
| Email: agordon@paulweiss.com |  |
| Email: bhermann@paulweiss.com |  |
| Email: jrecher@paulweiss.com |  |

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but

also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the KKR Defendants: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Defendants are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the KKR Defendants' consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court

3

would not have jurisdiction, absent consent of the KKR Defendants, to enter such final orders and

judgments consistent with Article III of the United States Constitution.

Dated: Wilmington, Delaware              Respectfully submitted,
        May 9, 2025

                                          PAUL, WEISS, RIFKIND,
                                            WHARTON & GARRISON LLP

OF COUNSEL:

Andrew G. Gordon *(pro hac forthcoming)*   By:   */s/ Daniel A. Mason*
Brian S. Hermann *(pro hac forthcoming)*      Daniel A. Mason (#5206)
Jeffrey J. Recher *(pro hac forthcoming)*      1313 North Market Street, Suite 806
PAUL, WEISS, RIFKIND,                 Post Office Box 32
  WHARTON & GARRISON LLP         Wilmington, Delaware  19801
1285 Avenue of the Americas         Tel:   (302) 655-4410
New York, New York 10019-6064     Fax:   (302) 655-4420
Tel:   (212) 373-3000              Email: dmason@paulweiss.com
Email:  agordon@paulweiss.com
Email:  bhermann@paulweiss.com     *Counsel for the KKR Defendants*
Email:  jrecher@paulweiss.com