**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| THE ART INSTITUTE OF PHILADELPHIA LLC., *et al.*,[1] | Case No. 18-11535 (CTG) |
|  | (Jointly Administered) |
| Debtors, |  |
| GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation, |  |
| Plaintiff, | Adv. Pro. No. 25-50785 (CTG) |
| -against- |  |
| KKR & CO. INC., *et al.*, |  |
| Defendants. |  |

---

[1]  The last four digits of the Debtors' taxpayer identification numbers are as follows: American Education Centers, Inc. (6160); Argosy Education Group, Inc. (5674); Argosy University of California LLC (1273); Brown Mackie College - Tucson, Inc. (4601); Education Management LLC (6022); Miami International University of Art & Design, Inc. (1065); South Education-Texas LLC (2573); South University of Florida, Inc. (9226); South University of Michigan, LLC (6655); South University of North Carolina LLC (9113); South University of Ohio LLC (9944); South University of Virginia, Inc. (9263); South University, LLC (7090); Stautzenberger College Education Corporation (4675); TAIC-San Diego, Inc. (1894); TAIC-San Francisco, Inc. (9487); The Art Institutes International Minnesota, Inc. (6999); The Art Institute of Atlanta, LLC (1597); The Art Institute of Austin, Inc. (3626); The Art Institute of California-Hollywood, Inc. (3289); The Art Institute of California-Inland Empire, Inc. (6775); The Art Institute of California – Los Angeles, Inc. (4215); The Art Institute of California-Orange County, Inc. (6608); The Art Institute of California-Sacramento, Inc. (6212); The Art Institute of Charleston, Inc. (6048); The Art Institute of Charlotte, LLC (4912); The Art Institute of Colorado, Inc. (3062); The Art Institute of Dallas, Inc. (9012); The Art Institute of Fort Lauderdale, Inc. (0255); The Art Institute of Houston, Inc. (9015); The Art Institute of Indianapolis, LLC (6913); The Art Institute of Las Vegas, Inc. (6362); The Art Institute of Michigan, Inc. (8614); The Art Institute of Philadelphia LLC (7396); The Art Institute of Pittsburgh LLC (7441); The Art Institute of Portland, Inc. (2215); The Art Institute of Raleigh-Durham, Inc. (8031); The Art Institute of St. Louis, Inc. (9555); The Art Institute of San Antonio, Inc. (4394); The Art Institute of Seattle, Inc. (9614); The Art Institute of Tampa, Inc. (6822); The Art Institute of Tennessee-Nashville, Inc. (5359); The Art Institute of Virginia Beach LLC (2784); The Art Institute of Washington, Inc. (7043); The Illinois Institute of Art at Schaumburg, Inc. (3502); The Illinois Institute of Art, Inc. (3500); The Institute of Post-Secondary Education, Inc. (0283); The New England Institute of Art, LLC (7798); The University of Sarasota, Inc. (5558); Western State University of Southern California (3875).

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby, by and through its undersigned attorneys, appears as counsel for Defendant Oregon Public Employees Retirement Fund pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and hereby requests that copies of any and all notices, pleadings and other papers filed and entered in the above-captioned cases, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, be served upon the following:

OF COUNSEL:

**MORGAN, LEWIS & BOCKIUS LLP**

John C. Goodchild III (*pro hac to be filed*)
Matthew C. Ziegler (*pro hac to be filed*)
Sophia C. Aguilar (*pro hac to be filed*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Tel:    (212) 963-5000
Fax:    (215) 963-5001
Email: john.goodchild@morganlewis.com
Email: matthew.ziegler@morganlewis.com
Email: sophia.aguilar@morganlewis.com

Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Tel:    (302) 574-3000
Fax:    (302) 574-3001
Email: jody.barillare@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand

delivery, telephone, facsimile transmission, email, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Oregon Public Employees Retirement Fund: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Defendants are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Oregon Public Employees Retirement Fund's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court would not have jurisdiction, absent consent of the Oregon Public Employees

Retirement Fund, to enter such final orders and judgments consistent with Article III of the United States Constitution.

Dated: Wilmington, Delaware              Respectfully submitted,
          May 21, 2025


OF COUNSEL:                                    **MORGAN, LEWIS & BOCKIUS LLP**

John C. Goodchild III (*pro hac to be filed*)      By: */s/ Jody C. Barillare*
Matthew C. Ziegler (*pro hac to be filed*)         Jody C. Barillare (Bar No. 5107)
Sophia C. Aguilar (*pro hac to be filed*)          1201 N. Market Street, Suite 2201
**MORGAN, LEWIS & BOCKIUS LLP**             Wilmington, Delaware 19801
2222 Market Street                             Tel:    (302) 574-3000
Philadelphia, PA 19103-3007                    Email: jody.barillare@morganlewis.com
Tel:    (212) 963-5000
Email: john.goodchild@morganlewis.com
Email: matthew.ziegler@morganlewis.com
Email: sophia.aguilar@morganlewis.com          *Counsel for Defendant Oregon Public*
                                               *Employees Retirement Fund*

4

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 21st day of May 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* was sent via ECF Noticing to all parties receiving ECF Notices in this matter.

<u>/s/  *Jody C. Barillare*</u>
Jody C. Barillare, Esq.