**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>THE ART INSTITUTE OF PHILADELPHIA, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11535 (CTG)<br><br>Jointly Administered |
| GEORGE L. MILLER, Chapter 7 Trustee for Education Management Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KKR & CO. INC., *et al.*,<br><br>Defendants. | Adv. Proc. No. 25-50785 (CTG) |

**ORDER DENYING MOTION FOR MANDATORY ABSTENTION AND REMAND TO STATE COURT**

This matter, having come before the Court on the trustee's motion for mandatory abstention and remand (the "Motion"), and

Upon consideration of the parties' submissions and for the reasons stated in the Court's June 16, 2026 letter ruling [D.I. 29],

IT IS HEREBY ORDERED that the Motion is DENIED.

Dated: June 16, 2026

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE