**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SilverRock Development Company, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11647 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 1166, 1203 and 1374 |

## AMENDED CONSENT ORDER GRANTING MOTION FOR ENTRY OF AN ORDER (I) VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506(a) AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of Construction Loan Services II, LLC d/b/a Builders Capital ("Builders") for entry of an order (this "Order"), (i) creating a briefing schedule and setting a hearing at which this Court will determine the value of collateral pursuant to 11 U.S.C. § 506(a) and (ii) granting related relief, all as more fully set forth in the Motion; and upon the Certification of Counsel Regarding Proposed Amended Consent Order Extending Expert Discovery and Briefing Deadlines [Docket No. 1374]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: SilverRock Development Company, LLC (5730), RGC PA 789, LLC (5996), SilverRock Lifestyle Residences, LLC (0721), SilverRock Lodging, LLC (4493), SilverRock Luxury Residences, LLC (6598) and SilverRock Phase I, LLC (2247). The location of the Debtors' principal place of business and the Debtors' mailing address is 343 Fourth Avenue, San Diego, CA 92101.

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

is necessary for the implementation of the Plan and in the best interests of the above-captioned debtors (collectively, the "Debtors"), their creditors and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court being informed that the parties have conferred and agreed upon a discovery, briefing and hearing schedule related to the relief requested in the Motion as modified by this Order; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Expert reports, if any, shall be exchanged among the parties on or by September 18, 2026.

2. All discovery, including expert discovery, must be completed by October 9, 2026, except for the limited expert discovery expressly authorized in paragraph 3 of this Order.

3. The following limited expert discovery is permitted after October 9, 2026:

(a) The deposition of John Lancet of HVS Consulting and Valuation on October 12, 2026.

(b) Rebuttal reports from previously disclosed experts, if any, shall be exchanged among the parties on or by October 26, 2026, with simultaneous production of documents within the scope of the existing subpoenas as applied to the rebuttal report.

(c) Supplemental depositions limited to the scope of the rebuttal reports shall be completed by November 2, 2026. Any supplemental deposition of John Lancet shall take place during the week of October 26, 2026.

4. No other discovery is reopened or authorized during the enlarged period.

5. Any party asserting an interest in the Sale Proceeds that wishes to propose a valuation of the Real Property Assets must file an opening brief setting forth such party's proposed valuation and the basis therefor (an "**Opening Brief**") no later than 5:00 p.m. (Eastern Time) on November 9, 2026.

6. Any briefs in response to any Opening Brief (a "**Response Brief**") must be filed no later than 5:00 p.m. (Eastern Time) on November 18, 2026.

7. A hearing to determine the value of the Real Property Assets will be held at the Court's convenience after November 18, 2026 (the "**Valuation Hearing**"). The Valuation Hearing shall be a final hearing on all valuation and allocation issues as identified in the Motion.

8. Only parties that filed Opening Briefs may file Response Briefs and be heard at the Valuation Hearing.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rules 6004(a) and 3012, and the Local Rules are satisfied by such notice.

10. This Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 13th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**